**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 95-30758
Summary Calendar
_____

CHARLES L. CLEMENTS,

Plaintiff-Appellant,

VERSUS

SHIRLEY S. CHATER, Commissioner of the Social Security
Administration,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(92-CV-1688)
_____

February 14, 1996

Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Charles Clements appeals the district court's order granting summary judgment to the Commissioner. He maintains the district court erred in affirming the Commissioner's decision to deny him social security disability benefits. After reviewing the record, we are persuaded that the Administrative Law Judge was entitled to conclude that Clements had failed to prove he was not substantially gainfully employed. We affirm.

AFFIRMED

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.